**United States District Court**
**Violation Notice**

EV-12

(For issuance of an arrest warrant or summons)

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7516407 | Hignite | J14 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/02/2017   1610 | USC 46.2 - 875 |

Place of Offense

Gunston Rd / 19th A.

Offense Description: Factual Basis for Charge          HAZMAT ☐

Speeding    37/15 mph posted

DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Gregory | Charles | A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BDW9434 | DC | 18 | Ford Escape | | Blue |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 133.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $163.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 401 Courthouse Sq  Alexandria, VA | 01/05/2018 |
| | Time (hh:mm)  0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN DEC 12, 2017 10:57

---

(For issuance of an arrest warrant or summons)

I state that on 2 December 20 17 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I was stationary on 19th st/Gunston Rd conducting speed enforcement. I observed a blue, Ford Escape, DC/BDW9434, traveling at a ~~possible~~ visible high rate of speed on Gunston Rd/19th street that was locked and confirmed by PFC Hignite LIDAR, 37/15 mph posted. A traffic stop was conducted and this citation was issued.

• LIDAR Pro-Lite
- SN: LP05154
- Distance @ 278 ft
• Driver was by himself and stated he was running late for an event and that he did not know the speed limit
- No other vehicles
- Road Cond: Clear, Dry
- Weather Cond: Clear, Sunset
- Driver passed 1 posted speed limit sign before reaching my location.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/02/2017
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN DEC 12, 2017 10:57