MAILROOM
JAN 16 2018

**Charles A Gregory**
3460 Brinkley RD
Temple Hills, MD 20748

MIXIE  207  DE 1  0001/07/12
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 22314579899    *9917-93534-02-47

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
JAN -2 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Docket Number: 7516407 |
| CHARLES A. GREGORY | ) |
| | ) 18po2 |

## ORDER

Upon the motion of the United States of America by Dana J. Boente, United States Attorney, and Bridget Karns, Special Assistant United States Attorney, leave to file the Motion for Dismissal is hereby granted; and

It is ordered that Violation Notice 7516407 against CHARLES A. GREGORY, is hereby dismissed without prejudice.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

United States Magistrate Judge

DATED: 2nd Jan. 2018
At Alexandria, Virginia